MAY 29 2025 AM 11:22
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR 93 (KAD) (TOF) |
| v. | VIOLATIONS: |
| DASHAWN DWYER, a.k.a. "Shell" | 21 U.S.C. §§ 841(a)(1) and 841(b)(l)(C) (Possession with Intent to Distribute Cocaine) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm by a Felon) |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful Possession of a Machinegun) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Cocaine)

1.      On or about November 11, 2024, in the District of Connecticut, the defendant, DASHAWN DWYER, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

2.      On or about November 11, 2024, in the District of Connecticut, the defendant, DASHAWN DWYER, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

a. Failure to Appear in the First Degree, in violation of Connecticut General Statutes § 53a-172, on or about August 7, 2023;

b. Escape in the First Degree, in violation of Connecticut General Statutes § 53a-169, on or about February 15, 2022;

c. Assault in the Second Degree, in violation of Connecticut General Statutes § 53a-60(a)(7), on or about July 16, 2020;

d. Possession with Intent to Sell Narcotics, in violation of Connecticut General Statutes § 21a-277(a)(1)(A), on or about July 16, 2020; and

e. Robbery in the First Degree, in violation of Connecticut General Statutes § 53a-134(a)(4), on or about April 21, 2015,

did knowingly possess a firearm in and affecting commerce, that is, a Glock pistol, Model 34, 9mm caliber, bearing serial number HKM867, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
(Unlawful Possession of a Machinegun)

3. On or about November 11, 2024, in the District of Connecticut, the defendant, DASHAWN DWYER, did knowingly possess a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b), that is, a Glock-style machinegun conversion device ("MCD").

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

4. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant, DASHAWN DWYER, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation, including, but not limited to, one Glock pistol, Model 34, 9mm caliber, bearing serial number HKM867, with a loaded extended magazine, one Glock-style machinegun conversion device ("MCD"), all associated ammunition, and $10,257 in cash, all of which were seized in Hartford, Connecticut, on or about November 11, 2024.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 and 881, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

6.  Upon conviction of one or more of the firearm offenses alleged in Counts Two and Three of this Indictment, the defendant, DASHAWN DWYER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following, one Glock pistol, Model 34, 9mm caliber, bearing serial number HKM867, with a loaded extended magazine, one Glock-style MCD, and all associated ammunition, all of which were seized in Hartford, Connecticut, on or about November 11, 2024.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

REED DURHAM
ASSISTANT UNITED STATES ATTORNEY

SEAN P. MAHARD
ASSISTANT UNITED STATES ATTORNEY